**Order entered January 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01407-CV

**CHRISTIAN CARE CENTERS, INC., Appellant**

**V.**

**REBECCA O'BANION, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-12201**

## ORDER

We **DENY** appellant/cross-appellee's December 18, 2013 motion to dismiss the cross-appeal for lack of jurisdiction.

/s/     ELIZABETH LANG-MIERS
          JUSTICE